Official Form 1 (4/07)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Burke's Books of Park Ridge, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**36-4384673** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**116 Main Street**<br>**Park Ridge, IL**<br>ZIP Code **60068** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ■ $0 to $10,000 | ☐ $10,001 to $100,000 | ☐ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Official Form 1 (4/07) FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Burke's Books of Park Ridge, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)            (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Burke's Books of Park Ridge, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X  **/s/ Timothy C. Culbertson**
Signature of Attorney for Debtor(s)

**Timothy C. Culbertson   6229083**
Printed Name of Attorney for Debtor(s)

_____
Firm Name

**545 Alida Drive
Cary, IL 60013**

_____
Address

                              **Email: tcc@tccattorney.com**
**847-913-5945  Fax: 847-639-0336**
Telephone Number

**August 14, 2008**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Patrice Willoughby**
Signature of Authorized Individual

**Patrice Willoughby**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**August 14, 2008**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form 4
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Burke's Books of Park Ridge, LLC**               Case No.
                      Debtor(s)                Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Antioch Publishing Co.**<br>**888 Dayton St.**<br>**Yellow Springs, OH 45387** | **Antioch Publishing Co.**<br>**888 Dayton St.**<br>**Yellow Springs, OH 45387** | **Business Vendor/Supplier** | | **464.03** |
| **Blue Orange USA**<br>**1000 Illinois St.**<br>**San Francisco, CA 94107** | **Blue Orange USA**<br>**1000 Illinois St.**<br>**San Francisco, CA 94107** | **Business Vendor/Supplier** | | **193.41** |
| **Bookazine Co., Inc.**<br>**75 Hook Road**<br>**Bayonne, NJ 07002** | **Bookazine Co., Inc.**<br>**75 Hook Road**<br>**Bayonne, NJ 07002** | **Business Vendor/Supplier** | | **22,000.00** |
| **Briarpatch**<br>**150 Essex St., Suite 301**<br>**Millburn, NJ 07041** | **Briarpatch**<br>**150 Essex St., Suite 301**<br>**Millburn, NJ 07041** | **Business Vendor Supplier** | | **486.78** |
| **Chicago Tribune**<br>**14889 Collections Center Drive**<br>**Chicago, IL 60693-0148** | **Chicago Tribune**<br>**14889 Collections Center Drive**<br>**Chicago, IL 60693-0148** | **Vendor/Supplier** | | **1,193.00** |
| **First Chicago Bank & Trust**<br>**1145 N. Arlington Heights Rd.**<br>**Itasca, IL 60143** | **First Chicago Bank & Trust**<br>**1145 N. Arlington Heights Rd.**<br>**Itasca, IL 60143** | **All of Debtor's property** | | **162,408.40**<br><br>**(100,000.00 secured)** |
| **Folio by Fun-n-Nuf**<br>**538 E. Rich St.**<br>**Columbus, OH 43215** | **Folio by Fun-n-Nuf**<br>**538 E. Rich St.**<br>**Columbus, OH 43215** | **Business Vendor/Supplier** | | **223.43** |
| **Fred I. Gillick Co., Inc.**<br>**122 Main Street**<br>**Park Ridge, IL 60068** | **Fred I. Gillick Co., Inc.**<br>**122 Main Street**<br>**Park Ridge, IL 60068** | **Rent arrearage claim** | **Disputed** | **33,326.77** |
| **G. Bradley Publishing, Inc.**<br>**112 W. Jefferson, Suite 122**<br>**Saint Louis, MO 63122** | **G. Bradley Publishing, Inc.**<br>**112 W. Jefferson, Suite 122**<br>**Saint Louis, MO 63122** | **Business Vendor/Supplier** | | **945.00** |
| **Gale Group, Inc.**<br>**27500 Drake Rd.**<br>**Farmington, MI 48331-3535** | **Gale Group, Inc.**<br>**27500 Drake Rd.**<br>**Farmington, MI 48331-3535** | **Business Vendor/Supplier** | | **467.10** |
| **Hampton Road Publishing**<br>**1125 Stoney Ridge Rd.**<br>**Charlottesville, VA 22902** | **Hampton Road Publishing**<br>**1125 Stoney Ridge Rd.**<br>**Charlottesville, VA 22902** | **Business Vendor/Supplier** | | **838.68** |

In re   **Burke's Books of Park Ridge, LLC**                                                     Case No.

                                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Ithaca Press**<br>**408 E. Marshall St.**<br>**Ithaca, NY 14850** | **Ithaca Press**<br>**408 E. Marshall St.**<br>**Ithaca, NY 14850** | **Business Vendor/Supplier** | | **720.00** |
| **Journal & Topics Newspapers**<br>**622 Graceland Ave.**<br>**Des Plaines, IL 60016** | **Journal & Topics Newspapers**<br>**622 Graceland Ave.**<br>**Des Plaines, IL 60016** | **Business Vendor/Supplier** | | **647.00** |
| **Kids Preferred, LLC**<br>**P.O. Box 947**<br>**Hightstown, NJ 08520** | **Kids Preferred, LLC**<br>**P.O. Box 947**<br>**Hightstown, NJ 08520** | **Business Vendor/Supplier** | | **230.00** |
| **MacAdam/Cage Publishing, Inc.**<br>**155 Sansome St., Suite 550**<br>**San Francisco, CA 94104** | **MacAdam/Cage Publishing, Inc.**<br>**155 Sansome St., Suite 550**<br>**San Francisco, CA 94104** | **Business Vendor/Supplier** | | **850.15** |
| **McGraw-Hill Companies**<br>**P.O. Box 2258**<br>**Carol Stream, IL 60132-2258** | **McGraw-Hill Companies**<br>**P.O. Box 2258**<br>**Carol Stream, IL 60132-2258** | **Business Vendor/Supplier** | | **311.27** |
| **Michael G. Kaplan**<br>**660 McHenry Road**<br>**Wheeling, IL 60090** | **Michael G. Kaplan**<br>**660 McHenry Road**<br>**Wheeling, IL 60090** | **Business Loans** | | **50,000.00** |
| **Pioneer Press**<br>**3701 W. Lake Ave.**<br>**Glenview, IL 60026** | **Pioneer Press**<br>**3701 W. Lake Ave.**<br>**Glenview, IL 60026** | **Vendor** | | **169.00** |
| **TotalToys, Inc.**<br>**713 Juneway Ave.**<br>**Deerfield, IL 60015** | **TotalToys, Inc.**<br>**713 Juneway Ave.**<br>**Deerfield, IL 60015** | **Business Vendor/Supplier** | | **222.00** |
| **Up With Paper/Popshots Studios**<br>**P.O. Box 3962**<br>**3255 Fairfield Ave.**<br>**Bridgeport, CT 06605** | **Up With Paper/Popshots Studios**<br>**P.O. Box 3962**<br>**3255 Fairfield Ave.**<br>**Bridgeport, CT 06605** | **Business Vendor/Supplier** | | **215.20** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **August 14, 2008**                          Signature   **/s/ Patrice Willoughby**
                                                                **Patrice Willoughby**
                                                                **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Burke's Books of Park Ridge, LLC**,   Case No. _____

                                            Debtor

                                            Chapter      **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Patrice Willoughby**<br>**601 N. Dee Road**<br>**Park Ridge, IL 60068** | **Member** | | **Member** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **August 14, 2008**           Signature  **/s/ Patrice Willoughby**
                                            **Patrice Willoughby**
                                            **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0**   continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Burke's Books of Park Ridge, LLC**                                       Case No.
                                    Debtor(s)                                     Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                        **25**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **August 14, 2008**                    **/s/ Patrice Willoughby**
                                              **Patrice Willoughby**/**President**
                                              Signer/Title

Antioch Publishing Co.
888 Dayton St.
Yellow Springs, OH 45387

Audiocraft Publishing, Inc.
P.O. Box 281
Topinabee, MI 49791

Blue Orange USA
1000 Illinois St.
San Francisco, CA 94107

Bookazine Co., Inc.
75 Hook Road
Bayonne, NJ 07002

Briarpatch
150 Essex St., Suite 301
Millburn, NJ 07041

Capstone Press, Inc.
NW 7559 PO Box 1450
Minneapolis, MN 55485-7559

Chicago Tribune
14889 Collections Center Drive
Chicago, IL 60693-0148

First Chicago Bank & Trust
1145 N. Arlington Heights Rd.
Itasca, IL 60143

Folio by Fun-n-Nuf
538 E. Rich St.
Columbus, OH 43215

Fred I. Gillick Co., Inc.
122 Main Street
Park Ridge, IL 60068

G. Bradley Publishing, Inc.
112 W. Jefferson, Suite 122
Saint Louis, MO 63122

Gale Group, Inc.
27500 Drake Rd.
Farmington, MI 48331-3535


Great American Puzzle Factory, Inc.
Fundex Games, Ltd.
P.O. Box 421304
Indianapolis, IN 46242


Hampton Road Publishing
1125 Stoney Ridge Rd.
Charlottesville, VA 22902


Ithaca Press
408 E. Marshall St.
Ithaca, NY 14850


Journal & Topics Newspapers
622 Graceland Ave.
Des Plaines, IL 60016


Kids Preferred, LLC
P.O. Box 947
Hightstown, NJ 08520


MacAdam/Cage Publishing, Inc.
155 Sansome St., Suite 550
San Francisco, CA 94104


McGraw-Hill Companies
P.O. Box 2258
Carol Stream, IL 60132-2258


Michael G. Kaplan
660 McHenry Road
Wheeling, IL 60090


Patrick S. Hart
1585 Ellinwood, Suite 105
Des Plaines, IL 60016


Pioneer Press
3701 W. Lake Ave.
Glenview, IL 60026

```
ThinkFun, Inc.
1321 Cameron St.
Alexandria, VA 22314


TotalToys, Inc.
713 Juneway Ave.
Deerfield, IL 60015


Up With Paper/Popshots Studios
P.O. Box 3962
3255 Fairfield Ave.
Bridgeport, CT 06605
```

# United States Bankruptcy Court
## Northern District of Illinois

| | | |
|---|---|---|
| In re **Burke's Books of Park Ridge, LLC** | Case No. | |
| Debtor(s) | Chapter | **11** |

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Burke's Books of Park Ridge, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **August 14, 2008** | **/s/ Timothy C. Culbertson** |
| Date | **Timothy C. Culbertson 6229083** |
| | Signature of Attorney or Litigant |
| | Counsel for **Burke's Books of Park Ridge, LLC** |
| | |
| | **545 Alida Drive** |
| | **Cary, IL 60013** |
| | **847-913-5945 Fax:847-639-0336** |
| | **tcc@tccattorney.com** |