Case 08-21356   Doc 118   Filed 03/22/10   Entered 03/23/10 09:47:36   Desc Main
Document   Page 1 of 1

08-21356:112.1:Motion for Final Decree:Proposed Order Closing Case Entered: 3/18/2010 5:26:12 PM by:Timothy Culbertson Page 1 of 1

IN THE UNTIED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| Burke's Books of Park Ridge, LLC, | ) | No. 08 B 21356 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |

### FINAL DECREE

THE COURT, having entered an Order on June 18, 2009, confirming the captioned "Debtor's Third Amended Plan of Reorganization dated April 7, 2009" ("the Plan"), the Debtor having made the payments required under the confirmed Plan as of the date hereof, and the Plan having thus been substantially consummated;

IT IS HEREBY ORDERED THAT:

1. Burke's Book of Park Ridge, LLC, is discharged as Debtor-in-Possession and the captioned Chapter 11 Case is hereby closed.

Dated: March 22, 2010

ENTER:

_____
United States Bankruptcy Judge

MAR 22 2010

2. Jurisdiction is reserved to reopen case to enforce Plan, and to enforce obligation to pay US Trustee fees due if any.